# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

THOMAS VANCE GREGG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3918

_____

February 16, 2024

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, Michael W. Mervine, Senior Assistant Attorney General, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.